1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   ASOFA VALENTINE TAFILELE,                    Civil No.    12-1026 CAB (WVG)
12                                  Petitioner,
13                                                **ORDER:**
         v.
14                                                **(1) DISMISSING CASE**
                                                  **WITHOUT PREJUDICE AND WITH**
15   MATTHEW CATE, Secretary,                     **LEAVE TO AMEND; and**
16                                  Respondent.    **(2) SUA SPONTE SUBSTITUTING**
                                                  **RESPONDENT**
17
18          Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas
19   Corpus pursuant to 28 U.S.C. § 2254.
20              **FAILURE TO SATISFY FILING FEE REQUIREMENT**
21          Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed in forma
22   pauperis.  This Court cannot proceed until Petitioner has either paid the $5.00 filing fee or
23   qualified to proceed in forma pauperis.  *See* Rule 3(a), 28 U.S.C. foll. § 2254.
24            **ORDER SUA SPONTE SUBSTITUTING RESPONDENT**
25          Petitioner has named "Ralph Dias" as Respondent in this matter.  According to the
26   California Department of Corrections and Rehabilitation's website, Connie Gipson is the warden
27   of  California  State  Prison,  Corcoran,  where  Petitioner  is  housed.  (*See*
28   www.cdcr.ca.gov/facilities_locator/COR.html).  Accordingly, in order to conform with the

requirements of Rule 2(a) of the Rules Governing § 2254 Cases,  the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Ralph Dias." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).   The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" in place of the former respondent.

### CONCLUSION

For the foregoing reasons, the Court DISMISSES this case without prejudice and with leave to amend.  In order to Proceed with this case, Petitioner must, **no later than <u>July 3, 2012</u>**, either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee. ***The Clerk of Court is directed to mail Petitioner a blank motion to proceed in forma pauperis form together with a copy of this Order.***

**IT IS SO ORDERED.**

DATED:  April 27, 2012

_____
CATHY ANN BENCIVENGO
United States District Judge